IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALPHONSO T. WARD

VS.   CIVIL ACTION NO.   1:13cv547 KS-MTP

JOHNNIE DENMARK, ET AL

## ORDER

This cause is before the Court to be heard on Report and Recommendation of United States Magistrate Judge Michael T. Parker entered on January 21, 2015, after referral of hearing by this Court. A document styled Objection [57] was filed by Alphonso T. Ward on February 11, 2015. In the Objection Ward states:

> Plaintiff response to Motion for Summary Judgment comes now Alphonso Ward pro se
>
> I Alphonso Ward object to any and all statement within the defendants Summary Judgment.  (Document 57, page 3)

The Court finds that this is not a meaningful objection since none of the issues addressed in the Report and Recommendation were addressed by Ward. The Court has reviewed the Report and Recommendation, the record herein and having been advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice. A separate Judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that this dismissal is counted as a strike against Plaintiff pursuant to the provisions of the Prison Litigation Reform Act.

SO ORDERED AND ADJUDGED this the 13th day of February, 2015.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE